**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

**RICHARD ARMIJO ELIZONDO,**

            **Plaintiff,**

        **vs.**                                                   **CIV NO. 1:22-cv-00710-KRS**

**KILOLO KIJAKAZI,**
**Acting Commissioner of Social Security,**

            **Defendant.**

## ORDER FOR EXTENSION

Upon consideration of Defendant's Unopposed Motion for a Second Extension of Time

(Doc. 30) to file a response to Plaintiff's Motion to Reverse and Remand Administrative Agency

Decision, with Memorandum of Law in Support (Doc. 27), the Court having reviewed the

motion and being otherwise fully advised, FINDS that the motion is well taken and is

GRANTED.

IT IS THEREFORE ORDERED that Defendant shall have until September 13, 2023, to

file a response, and Plaintiff shall have until September 27, 2023, to file a reply.


_____
HONORABLE KEVIN R. SWEAZEA
United States Magistrate Judge

SUBMITTED AND APPROVED BY:

_Electronically submitted_
JESSICA MILANO
Special Assistant United States Attorney

_Electronically approved_
AMBER DENGLER
Attorney for Plaintiff