IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**RICHARD ARMIJO ELIZONDO,**

    **Plaintiff,**

vs.                                     CIV. NO. 1:22-cv-00710-KRS

**KILOLO KIJAKAZI,**
**Acting Commissioner of**
**Social Security,**

    **Defendant.**

## ORDER

    Defendant, the Acting Commissioner of Social Security, by and through her counsel, has filed an unopposed motion with this Court, pursuant to 42 U.S.C. § 405(g), to enter judgment with an order of reversal with remand of the case to the Commissioner for further administrative proceedings.

    Pursuant to the power of this Court to enter a judgment affirming, modifying, or reversing the Commissioner's decision with remand in Social Security actions under sentence four of 42 U.S.C. § 405(g), and in light of the Commissioner's request for remand of this action for further proceedings, this Court hereby REVERSES the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a REMAND to the Commissioner for further administrative proceedings. *See Shalala v. Schaefer*, 509 U.S. 292 (1993).

                                                                */s/ Kevin Sweazea*_____
                                                       HONORABLE KEVIN R. SWEAZEA
                                                       United States Magistrate Judge

SUBMITTED AND APPROVED BY:

*Electronically submitted 09/11/23*
VICTORIA V. JOHNSON
Special Assistant United States Attorney

*Electronically approved 09/11/23*
AMBER L. DENGLER
Attorney for Plaintiff