IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**RICHARD ARMIJO ELIZONDO,**

    **Plaintiff,**

  vs.                                      CIV. NO. 1:22-cv-00710-KRS

**KILOLO KIJAKAZI,**
**Acting Commissioner of**
**Social Security,**

    **Defendant.**

**ORDER GRANTING STIPULATED MOTION FOR AWARD OF**
**ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT**

**THIS MATTER** comes before the Court upon the parties' Stipulated Motion for Award of Attorney Fees Under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412 (Doc. 36), filed November 30, 2023. The Court, being fully advised in the premises, **FINDS** that the motion is well-taken and should be **GRANTED**.

**IT IS, THEREFORE, ORDERED** that the motion is **GRANTED**, and Plaintiff is awarded $5,700.00 in attorney fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). *See Astrue v. Ratliff*, 560 U.S. 586 (2010) (EAJA fees are paid to the prevailing party, not the attorney).

Payment of this amount shall constitute a complete release from and bar to any and all claims Plaintiff may have relating to EAJA fees in connection with this action. The parties further agree that the EAJA award is without prejudice to Plaintiff's attorney's right to seek attorney fees pursuant to 42 U.S.C. § 406(b), subject to the offset provisions of the EAJA. *See* 28 U.S.C. § 2412(c)(1) (2006).

**IT IS FURTHER ORDERED THAT**, if Plaintiff's counsel receives attorney fees under both the EAJA and 42 U.S.C. § 406(b) of the Social Security Act, Plaintiff's counsel shall refund the smaller award to Plaintiff pursuant to *Weakley v. Bowen*, 803 F.2d 575, 580 (10th Cir. 1986).

**IT IS SO ORDERED**.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE

SUBMITTED AND APPROVED BY:

*Electronically submitted 11/30/23*
VICTORIA V. JOHNSON
Special Assistant United States Attorney

*Electronically approved 11/30/23*
AMBER L. DENGLER
Attorney for Plaintiff